IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>KELLY PHUNG, et al.,<br><br>    Defendants. | Civil No. 19-13775 (NLH/AMD) |

**ORDER**

This matter comes before the Court by way of letter applications concerning discovery disputes between Defendants Studio KP, LLC and Kelly Phung (hereinafter, "Defendants") and Plaintiffs Michael Sciore and Old City Pretzel Company, LLC (hereinafter, "Plaintiffs"), (see Letter [D.I. 24], June 10, 2020; Letter [D.I. 25], June 15, 2020; Letter [D.I. 26], June 15, 2020), and Plaintiff's oral application to stay discovery on Defendant's counterclaim. The Court conducted oral argument by way of telephone conference on June 16, 2020 with counsel as set forth on the record. For the reasons set forth on the record, and for good cause shown:

IT IS on this 16th day of June 2020,

**ORDERED** that Plaintiffs' oral application to stay discovery shall be, and is hereby **DENIED**, for the reasons set forth on the record; and it is further

**ORDERED** that Plaintiffs' objections to Defendants' request for admissions shall be, and is hereby, **STRICKEN**, as set forth on the record; and it is further

**ORDERED** that Plaintiffs shall respond to Defendants' request for admissions in accordance with Federal Rule of Civil Procedure 36 within ten (10) days of this Order, as set forth on the record; and it is further

**ORDERED** that the deadline to amend the pleadings shall be, and is hereby, extended to thirty (30) days following Defendant Kelly Phung's deposition, as set forth on the record.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman