UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          Proceeding Date: June 16, 2020

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                               DOCKET NO. 19cv13775(NLH/AMD)
**Michael Sciore, et al**
  v.
**Kelly Phung, et al**

**APPEARANCES:**
David Lin, Esq. for plaintiffs
Joshua Kaplan, Esq. for defendants

**NATURE OF PROCEEDINGS:**   Telephonic Discovery Conference and Oral Argument

**DISPOSITION:**
Telephonic Discovery Conference and Oral Argument held on the record
Hearing on plaintiff's oral application for a stay of discovery on defendant's counterclaim
Oral Opinion read into the record
Ordered application denied
Ordered plaintiffs' objections to defendants' request for admissions is stricken.
Ordered plaintiff to respond to admissions within 10 days
Ordered that the deadline for amended pleadings is extended 30 days following the deposition of defendant Kelly Phung
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 10:03 a.m. Time Adjourned: 10:39 a.m. Total time: 36 mins.