**Obermayer Rebmann Maxwell & Hippel LLP**
Matthew A. Green, Esquire (ID No. 03228-2003)
Joshua B. Kaplan, Esquire (ID No. 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, New Jersey 08054
Phone: (856) 795-3300
*Attorneys for Kelly Phung and Studio KP LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **KELLY PHUNG, STUDIO KP, LLC, and JOHN DOES #1-8,** <br><br> **Defendants.** | No. 1:19-cv-13775-NLH-AMD <br><br><br> **NOTICE OF MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11** |

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

Please take notice that on April 19, 2021, or as soon thereafter as counsel may be heard, Kelly Phung and Studio KP LLC ("Movants"), by and through their attorneys, Obermayer Rebmann Maxwell & Hippel LLP, will move before the Honorable Noel L. Hillman, United States District Judge for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper

Streets, Camden, New Jersey 08101, for an award of sanctions under Fed. R. Civ. P. 11.

Please take further notice that, in connection with this motion, Movants will rely upon the attached memorandum of law and proposed order.

Dated: March 17, 2021                     Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

*/s/   Joshua B. Kaplan*
Matthew Green (N.J. I.D. No. 03228-2003)
Joshua B. Kaplan (N.J. I.D. No. 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, New Jersey 08054
856-795-3300
matthew.green@obermayer.com
joshua.kaplan@obermayer.com