**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Matthew A. Green, Esquire (ID No. 03228-2003)
Joshua B. Kaplan, Esquire (ID No. 21244-2016)
1120 ROUTE 73, SUITE 420
MT. LAUREL, NEW JERSEY 08054
Phone: (856) 795-3300
*Attorneys for Kelly Phung and Studio KP LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,**<br><br>**Plaintiffs,**<br>vs.<br><br>**KELLY PHUNG, STUDIO KP, LLC, and JOHN DOES #1-8,**<br><br>**Defendants.** | No. 1:19-cv-13775-NLH-AMD<br><br>**CERTIFICATION OF COUNSEL** |

I, Joshua Kaplan, of full age, hereby certify as follows:

1. I represent Defendants Kelly Phung and Studio KP, LLC in the above matter and have knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a copy of the Rule 11 letter that I sent to Plaintiffs' counsel on February 18, 2021.

Dated: March 17, 2021                    */s/ Joshua B. Kaplan*

                                                                  Joshua B. Kaplan

OMC\4820-4183-8564.v1-4/8/21