**Obermayer Rebmann Maxwell & Hippel LLP**
Matthew A. Green, Esquire (ID No. 03228-2003)
Joshua B. Kaplan, Esquire (ID No. 21244-2016)
1120 Route 73, Suite 420
Mt. Laurel, New Jersey 08054
Phone: (856) 795-3300
*Attorneys for Kelly Phung and Studio KP LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,** | No. 1:19-cv-13775-NLH-AMD |
| **Plaintiffs,** <br> **vs.** | **ORDER** |
| **KELLY PHUNG, STUDIO KP, LLC, and JOHN DOES #1-8,** |  |
| **Defendants.** |  |

This matter having been opened to the Court by Obermayer Rebmann

Maxwell & Hippel LLP, counsel for Defendants Kelly Phung and Studio KP, LLC

(together, the "Studio KP") on Studio KP's Motion for Sanctions (the "Motion"),

and upon consideration of the papers submitted in support thereof and in

opposition thereto, if any, it is **ORDERED** that:

      1.    The Motion is **GRANTED**; and

2.      Studio KP shall have 30 days from the entry of this Order to submit documentation of the costs, expenses, and reasonable attorneys' fees incurred in addressing Count III of Plaintiffs' First Amended Complaint.


Dated: _____, 2021        _____

Noel L. Hillman, U.S.D.J.

OMC\4820-4183-8564.v1-4/8/21