**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Matthew A. Green, Esquire (ID No. 03228-2003)
Joshua B. Kaplan, Esquire (ID No. 21244-2016)
1120 ROUTE 73, SUITE 420
MT. LAUREL, NEW JERSEY 08054
Phone: (856) 795-3300
*Attorneys for Kelly Phung and Studio KP LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**KELLY PHUNG, STUDIO KP, LLC, and JOHN DOES #1-8,**<br><br>**Defendants.** | No. 1:19-cv-13775-NLH-AMD<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Joshua Kaplan, hereby certify that, on April 8, 2021, I caused Defendants' Motion Under Federal Rule of Civil Procedure 11 to be filed with the Clerk of Court, and to be served upon all counsel of record, via CM/ECF.

                                      OBERMAYER REBMANN MAXWELL & HIPPEL LLP

                                      */s/ Joshua B. Kaplan*
                                      Joshua B. Kaplan