DAVID D. LIN (N.J. Bar No. 02846-2003)
LAUREN VALLI (admitted *pro hac vice*)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
David@iLawco.com
Lauren@iLawco.com
Telephone: (718) 243 9323
Facsimile: (718) 243-9326

*Attorneys for Plaintiffs*
MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC, <br><br> *Plaintiffs*, <br><br> vs. <br><br> KELLY PHUNG, STUDIO KP LLC, PETER LY, RACHELE TRAN, SIDNEY TRAN, MICHELLE NGUYEN TRAN, IRINE TRAN, THAO TRAN, JOHN DOE #7, AND KEVIN CHING, <br><br> *Defendants*. | Case No: 1:19-cv-13775-NLH-AMD <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1.1** |

1

|  |
|---|
| KELLY PHUNG, STUDIO KP LLC, <br>         *Counterclaimants,* <br><br>         vs. <br><br> MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC, <br>         *Counter-Defendants.* |

Pursuant to Local Civil Rule 7.1.1, Plaintiffs MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC aver that no third-party litigation funding has been provided, or is being provided, for any of their fees and/or expenses in this matter.

Dated: August 5, 2021
       Brooklyn, New York

Respectfully submitted,

LEWIS & LIN LLC

/s/ David D. Lin
David D. Lin (N.J. Bar No. 28462003)

*Counsel for Plaintiffs*

DAVID D. LIN (N.J. Bar No. 02846-2003)
LAUREN VALLI (admitted *pro hac vice*)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
David@iLawco.com
Lauren@iLawco.com
Telephone: (718) 243 9323
Facsimile: (718) 243-9326

*Attorneys for Plaintiffs*
MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KELLY PHUNG, STUDIO KP LLC, PETER LY, RACHELE TRAN, SIDNEY TRAN, MICHELLE NGUYEN TRAN, IRINE TRAN, THAO TRAN, JOHN DOE #7, AND KEVIN CHING,<br><br>*Defendants*. | Case No: 1:19-cv-13775-NLH-AMD<br><br>**CERTIFICATE OF SERVICE** |

3

| |
|---|
| KELLY PHUNG, STUDIO KP LLC, |
|       *Counterclaimants,* |
| vs. |
| MICHAEL SCIORE and OLD CITY PRETZEL COMPANY, LLC, |
|       *Counter-Defendants.* |

      I, David D. Lin, hereby certify that on the 5th day of August, 2021, Plaintiffs' Certification Pursuant to Local Civil Rule 7.1.1 was filed electronically was filed electronically with the Clerk of the United States District Court of New Jersey via ECF Electronic Filing.

Dated: August 5, 2021

                                                                       /s/ David D. Lin
                                                                         David D. Lin